**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　**Case No. 4:22-cr-00301-18 KGB**

**ERRICK RACY**　　　　　　　　　　　　　　　　　　　**DEFENDANT**

**<u>FINAL ORDER OF FORFEITURE</u>**

Before the Court is the United States' motion for final order of forfeiture (Dkt. No. 940). On February 12, 2025, this Court entered a preliminary order of forfeiture (Dkt. No. 770), ordering defendant Errick Racy to forfeit his interest in:

        A. $19,827 in United States Currency; and

        B.  a Canik, Model TP9SF, 9mm pistol, bearing serial number T6472-21AT19987

(collectively "property subject to forfeiture").

The United States published notice of this forfeiture and the United States' intent to dispose of the property subject to forfeiture in accordance with the law as specified in the preliminary order of forfeiture.  *See* Advertisement Certification (Dkt. No. 940-1).  The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for 30 consecutive days beginning on February 14, 2025, and ending on March 15, 2025.  Further, the United States also made reasonable efforts to identify and give direct notice of this forfeiture to all persons who reasonably appear to have standing to contest this forfeiture in an ancillary proceeding.  No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

Now, the United States petitions the Court to enter a final order of forfeiture, which will vest all right, title, and interest in the United States.  The United States also asks this Court to authorize the United States to dispose of the property according to law.

The property subject to forfeiture is forfeited. The United States now has all right, title, and interest in the property. Any prior claims in and against the property subject to forfeiture are extinguished and declared void. The property shall be turned over to the United States and disposed of according to law. The Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

It is so ordered this 13th day of May, 2026.

Kristine G. Baker
Chief United States District Judge